David Charles STEPHENS *v.* STATE of Arkansas

725 S.W.2d 855

Supreme Court of Arkansas
Opinion delivered March 23, 1987

*Robert C. Marquett,* for appellant.

No response.

PER CURIAM. Petitioner David Charles Stephens, by his attorney, has filed a second motion for a rule on the clerk. His attorney, Robert C. Marquette, has by affidavit admitted it was

558

his fault that the record was not timely tendered.

We find that the error, admittedly made by the criminal defendant's attorney, is good cause to grant the motion for a rule on the clerk.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.